


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**HILDA MIREYA IBARRA-AVILEZ,**<br>**aka Hilda Ibarra-Perez,**<br><br>Defendant. | No. 16-CR-74-F<br><br>**8 U.S.C. §§ 1326(a)(1) and (2)**<br>(Illegal Re-Entry of Previously Deported Alien into the United States) |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or before May 3, 2016, in the District of Wyoming, the Defendant, **HILDA MIREYA IBARRA-AVILEZ, aka Hilda Ibarra-Perez,** an alien who had previously been deported, was found to be intentionally in the United States, at Park County, Wyoming, the said Defendant having not obtained the consent of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a)(1) and (2).

DATED this 10th day of May, 2016.

                                      CHRISTOPHER A. CROFTS
                                      United States Attorney

        By:    *Thomas Scott for*
                TIMOTHY J. FORWOOD
                Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | HILDA MIREYA IBARRA-AVILEZ, aka Hilda Ibarra-Perez |
| **DATE:** | May 10, 2016 |
| **INTERPRETER NEEDED:** | Yes |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Cheyenne** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **8 U.S.C. §§ 1326(a)(1) and (2)**<br>(Illegal Re-Entry of Previously Deported Alien into the United States)<br><br>0-2 Years Imprisonment<br>Up To $250,000 Fine<br>1 Year Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Michael Jhanda, ICE |
| **AUSA:** | Timothy J. Forwood, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | ICE Detainer |