David Weiss
WSB # 7-5021
Assistant Federal Public Defender
214 W. Lincolnway, Ste. 31-A
Cheyenne, WY 82001
Phone: 307-772-2781
Fax: 307-772-2788
WSB #7-5021
David.weiss@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 16-CR-00074-01F |
| | ) |
| HILDA MIREYA IBARRA-AVILEZ, | ) |
| | ) |
| Defendant. | ) |

### STATEMENT OF LANGUAGE TRANSLATOR

COMES NOW, Assistant Federal Public Defender David Weiss and interpreter Ketura Calderón, interpreter, who advise the Court as follows:

1. Defendant is federally charged with an immigration charge.

2. Defendant is not fluent in the English language.

3. Interpretation and translation from English to Spanish and Spanish to English has been necessary in this matter.

4. Ketura Calderón, interpreter, is fluent in the Spanish language and is proficient in translating/interpreting from English to Spanish and Spanish to English.

5. On June 2, 2016, Ketura Calderón verbally translated the **Pre-Sentence Investigation Report** from English to Spanish to the defendant via telephone.

6. Assistant Federal Public Defender David Weiss was available to answer questions regarding the **Pre-Sentence Investigation Report**.

DATED this 2nd day of June, 2016.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ *David Weiss*
David Weiss
Asst. Federal Public Defender
214 W. Lincolnway, Sutie 31-A
Cheyenne, WY 82001
307-772-2781

## TRANSLATOR CERTIFICATION

I, Ketura Calderón, hereby certify that I have orally translated **the Presentence Report** for the above-referenced defendant, from English to Spanish over the telephone, and that said translation is true and accurate to the best of my abilities, knowledge and belief.

DATED this 2nd day of June, 2016.

_____
Ketura Calderón

## *CERTIFICATE OF SERVICE*

I hereby certify that the foregoing was served on the 2nd day of June, 2016 by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing

/s/ *David Weiss*